# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT of MARYLAND
## GREENBELT DIVISION

04-11948

In re Richard A. Patopie

Case No.
Chapter 7

_____ / Debtor

Attorney for Debtor: David I. Steinberg

*2004 JAN 28 A 9:12  DISTRICT OF MARYLAND GREENBELT  FILED*

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedule D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $ 0.00 | | |
| B-Personal Property | Yes | 3 | $ 11,723.00 | | |
| C-Property Claimed as Exempt | Yes | 2 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $ 18,000.00 | |
| E-Creditors Holding Unsecured Priority Claims | Yes | 1 | | $ 0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $ 30,272.01 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $ 781.00 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 1,598.00 |
| Total Number of Sheets in All Schedules | | 15 | | | |
| | | Total Assets | $ 11,723.00 | | |
| | | | Total Liabilities | $ 48,272.01 | |

FORM B6A (6/90) Specialty Software, Royal Oak, MI

In re <u>Richard A. Patopie</u>                                         / Debtor     Case No. _____
                                                                                              (If known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, or both own the property by placing an "H,""W,""J," or "C"in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband—H<br>Wife—W<br>Joint—J<br>Community—C | Current Market Value of Debtor's Interest, in Property without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| NONE | | | | |

<u>NO</u>   continuation sheets attached              TOTAL $   $ 0.00
                                      (Report also on Summary of Schedules.)

FORM B6B (6/90) Specialty Software, Royal Oak, MI

In re _Richard A. Patopie_ _____ / Debtor    Case No. _____
(If known)

## SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H","W","J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.
Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | None | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking | | $ 30 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | 1 bed | | $ 50 |
| | | 2 sets of linens | | $ 20 |
| | | 1 chair | | $ 25 |
| | | 1 desk | | $ 20 |
| | | 1 lamp | | $ 5 |
| | | 1 garden tool | | $ 10 |
| | | 1 lawn mower | | $ 5 |
| | | 1 clock | | $ 2 |
| | | 1 stereo | | $ 4 |
| | | 1 cd player | | $ 5 |
| | | 1 tv | | $ 20 |
| | | 1 vcr | | $ 2 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | 10 shirts | | $ 5 |
| | | 3 sweaters | | $ 1 |

Page __1__ of __3__

In re _Richard A. Patopie_ _____ / Debtor     Case No. _____
(If known)

## SCHEDULE B-PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | None | Description and Location of Property<br>Husband—H / Wife—W / Joint—J / Community—C | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | 20 pants | $ 1 |
| | | 1 suit | $ 5 |
| | | 2 jackets | $ 1 |
| | | 1 overcoat | $ 1 |
| | | 10 hats | $ 1 |
| | | 2 pairs of gloves | $ 1 |
| | | 2 ties | $ 1 |
| | | 20 scarves | $ 1 |
| | | 2 pairs of shoes | $ 1 |
| | | 1 pair of boots/2 rubbers | $ 1 |
| 7. Furs and jewelry. | | 1 watch | $ 5 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities. Itemize and name each issuer. | X | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 15. Accounts Receivable. | X | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | |
| 17. Other liquidated debts owing debtor include tax refunds. Give particulars. | X | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | |

Page _2_ of _3_

FORM B6B (6/90) Specialty Software, Royal Oak, MI

In re **Richard A. Patopie** / Debtor    Case No. _____
(If known)

## SCHEDULE B-PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | None | Description and Location of Property<br>Husband—H<br>Wife—W<br>Joint—J<br>Community—C | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 23. Automobiles, trucks, trailers and other vehicles. | | 2002 Dodge Caravan SE | $ 11,500 |
| 24. Boats, motors, and accessories. | X | | |
| 25. Aircraft and accessories. | X | | |
| 26. Office equipment, furnishings, and supplies. | X | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | |
| 28. Inventory. | X | | |
| 29. Animals. | X | | |
| 30. Crops - growing or harvested. Give particulars. | X | | |
| 31. Farming equipment and implements. | X | | |
| 32. Farm supplies, chemicals, and feed. | X | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | |

Page  3  of  3     Total → $ 11,723

(Report total also on Summary of Schedules)

FORM B6C (6/90) Specialty Software, Royal Oak, MI

In re <u>Richard A. Patopie</u> / Debtor    Case No. _____
(If known)

# SCHEDULE C-PROPERTY CLAIMED EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.
☒ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property without Deducting Exemption |
|---|---|---|---|
| checking | MC & JPCA S11-504(b)(5) | $ 30 | $ 30 |
| 1 bed | MC & JPCA S11-504(b)(4) | $ 50 | $ 50 |
| 2 sets of linens | MC & JPCA S11-504(b)(4) | $ 20 | $ 20 |
| 1 chair | MC & JPCA S11-504(b)(4) | $ 25 | $ 25 |
| 1 desk | MC & JPCA S11-504(b)(4) | $ 20 | $ 20 |
| 1 lamp | MC & JPCA S11-504(b)(4) | $ 5 | $ 5 |
| 1 garden tool | MC & JPCA S11-504(b)(4) | $ 10 | $ 10 |
| 1 lawn mower | MC & JPCA S11-504(b)(4) | $ 5 | $ 5 |
| 1 clock | MC & JPCA S11-504(b)(4) | $ 2 | $ 2 |
| 1 stereo | MC & JPCA S11-504(b)(4) | $ 4 | $ 4 |
| 1 cd player | MC & JPCA S11-504(b)(4) | $ 5 | $ 5 |
| 1 tv | MC & JPCA S11-504(b)(4) | $ 20 | $ 20 |
| 1 vcr | MC & JPCA S11-504(b)(4) | $ 2 | $ 2 |
| 10 shirts | MC & JPCA S11-504(b)(4) | $ 5 | $ 5 |
| 3 sweaters | MC & JPCA S11-504(b)(4) | $ 1 | $ 1 |
| 20 pants | MC & JPCA S11-504(b)(4) | $ 1 | $ 1 |
| 1 suit | MC & JPCA S11-504(b)(4) | $ 5 | $ 5 |
| 2 jackets | MC & JPCA S11-504(b)(4) | $ 1 | $ 1 |
| 1 overcoat | MC & JPCA S11-504(b)(4) | $ 1 | $ 1 |
| 10 hats | MC & JPCA S11-504(b)(4) | $ 1 | $ 1 |
| 2 pairs of gloves | MC & JPCA S11-504(b)(4) | $ 1 | $ 1 |

Page No. <u>1</u> of <u>2</u>

FORM B6C (6/90) Specialty Software, Royal Oak, MI

In re <u>Richard A. Patopie</u> / Debtor    Case No. _____
(If known)

## SCHEDULE C-PROPERTY CLAIMED EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property without Deducting Exemption |
|---|---|---|---|
| 2 ties | MC & JPCA S11-504(b)(4) | $ 1 | $ 1 |
| 20 scarves | MC & JPCA S11-504(b)(4) | $ 1 | $ 1 |
| 2 pairs of shoes | MC & JPCA S11-504(b)(4) | $ 1 | $ 1 |
| 1 pair of boots/2 rubbers | MC & JPCA S11-504(b)(4) | $ 1 | $ 1 |
| 1 watch | MC & JPCA S11-504(b)(4) | $ 5 | $ 5 |
| 2002 Dodge Caravan SE | MC & JPCA S11-504(b)(5)<br>MC & JPCA S11-504(f) | $ 0<br>$ 0 | $ 11,500 |



**NADAguides.com**

Free Vehicle Pricing & Information

The Recognized Authority Since 1933        Home | Buy Trade Guides | Site Map | FA

AUTOMOBILES

New Car Dealer Quote | Free CARFAX Check | Finance Quote | Insurance Quote | Warranty Quote | Check Your Credit | Se

You are here: Category > Make > Year > Model > Vehicle Options > Vehicle Value Report > Get Another Price

## Used Car Consumer Prices

**Other Information You Might Need...**

### 2002 Dodge Caravan-V6
**Caravan SE**

August 26, 2003

**For this vehicle**
- Print Report
- Email a friend
- Find this Car

|  | Average Trade-In | Average Retail |
|---|---|---|
| **Base Price** | $11,500 | $13,925 |

**Other services**
- New Car Dealer Quote
- New Cars - 3.99% APR
- Insurance quote
- Vehicle History
- Extended Warranty
- FREE Lemon check

Certification and Extended Warranties

| **Total Price** | **$11,500** | **$13,925** |
|---|---|---|

Average Retail Price represents a clean vehicle in good condition and is assumed to have a Clean Title History. Looking to purchase a new car? Get a free quote from a dealer near you. Obtain used car financing rates as low as 4.49% APR for 12-36 months. Selling your vehicle? Print a checklist and the required DMV Title & Registration forms to complete your sale. Sell your car through AutoTrader.com, and get the most money for your vehicle.

- DMV forms
- Check your credit
- Parts & Accessories
- Car Care Center

### Other Vehicle Information

| NADA Recommended Mileage Range: | 26,000 – 29,000 |
|---|---|
| Model Number: | P25 |
| Weight: | 3869 |

**For a new car**
- Price a new car
- Compare side-by-side
- New Car Reviews
- Incentives & Rebates
- Dealer Price Quote
- Leasing Library

Zip

### Value Explanations

The free consumer values on NADAguides.com are based on the Consumer edition of the N.A.D.A. Official Used Car Guide ®, and should not be utilized for industry purposes. The consumer values may vary from the N.A.D.A. Official Used Car Guide values presented to you by insurance companies, banks, credit unions, government agencies and car dealers due to vehicle condition, regional market differences and frequency of updates.

**Average Trade-In**
An Average Trade-In vehicle should be clean and without glaring defects. Tires and glass should be in good condition. The paint should match and have a good finish. The interior should have wear in relation to the age of the vehicle. Carpet and seat upholstery should be clean and all power options should work. The mileage should be within the acceptable range for the model year. The "Average Trade-In" value is a national average calculated from the Official Used Car Guide's ten regions. The "Average Trade-In" value for your vehicle could be higher or lower than the national average due to your local market conditions.

**Average Retail Value**
An average retail vehicle should be clean and without glaring defects. Tires and glass should be in good condition. The paint should match and have a good finish. The interior should have wear in relation to the age of the vehicle. Carpet and seat upholstery should be clean, and all power options should work. The mileage should be

**In other words**

Find out what you can afford with our "Lease or Purchase" calculator

Go to New Car prices, comparison and research

You have used
**1 of 10**
of your free values

**Buy the Book!** 

In re _Richard A. Patopie_ _____ / Debtor    Case No. _____
(If known)

## SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place and "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien <br> H—Husband  W—Wife  J—Joint  C—Community | Contingent | Unliquidated | Disputed | Amount of Claim without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No. <br> Creditor #: 1 <br> Chrysler Financial <br> PO BOX 600 <br> Newark, NJ 07101 | | Purchase Money Security <br> 2002 Dodge Caravan SE <br><br> Value: $ 11,500.00 | | | | $ 18,000.00 | $ 6,500.00 |
| Account No. | | Value: | | | | | |
| Account No. | | Value: | | | | | |
| Account No. | | Value: | | | | | |
| Account No. | | Value: | | | | | |

_No_ continuation sheets attached

Subtotal $ (Total of this page)   18,000.00

Total $ (Use only on last page and on Summary of Schedules)   18,000.00

In re <u>Richard A. Patopie</u>                                     / Debtor    Case No. _____
(If known)

# SCHEDULE E–CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed on this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4300* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $1,950* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

*Amounts are subject to adjustment on April 1, 2001, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>     No     </u> continuation sheets attached

FORM B6F (6/90) Specialty Software, Royal Oak, MI

In re **Richard A. Patopie** / Debtor   Case No. _____
(If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No. Creditor #: 1 Bank of America PO BOX 5270 Carol Stream, IL 60197 | | Credit card purchases | | | | $ 9,554.01 |
| Account No. Creditor #: 2 Bristol Emergency Medicine Department 05 PO BOX 9426 Gaithersburg, MD 20898 | | Medical bills | | | | $ 12.65 |
| Account No. Creditor #: 3 Capital One PO BOX 85147 Richmond, VA 23276 | | Credit card purchases | | | | $ 689.46 |
| Account No. Creditor #: 4 CareCredit PO BOX 9025 Des Moines, IA 50368 | | Credit card purchases | | | | $ 2,230.88 |
| Account No. Creditor #: 5 Citibank c/o Associated Recovery System PO BOX 469046 Escondido, CA 92046 | | Credit card purchases | | | | $ 7,838.71 |

___2___ continuation sheets attached

Subtotal $ (Total of this page)    $ 20,325.71

Total $
(Use only on last page and on Summary of Schedules)

In re <u>Richard A. Patopie</u>                              / Debtor         Case No. _____
                                                                                    (If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No. Creditor #: 6 Dr. Massoud Nemati, M.D., P.A. 3611 Branch Ave. suite 407 Temple Hills, MD 20748 | | Medical bills | | | | $ 136.62 |
| Account No. Creditor #: 7 EMC Emergency Physicians PO BOX 7206 Philadelphia, PA 19101 | | Medical bills | | | | $ 20.84 |
| Account No. Creditor #: 8 Greater Southeast Communit Hospital PO BOX 1709 Hendesonville, TN 37077 | | Medical bills | | | | $ 45.90 |
| Account No. Creditor #: 9 Household Finance PO BOX 17574 Baltimore, MD 21297 | | personal loan | | | | $ 4,363.55 |
| Account No. Creditor #: 10 Lowe's c/o Wolpoff & Abramson 702 King Farm Blvd. Rockville, MD 20850 | | Credit card purchases | | | | $ 1,989.88 |
| Account No. Creditor #: 11 Medlantic Healthcare Group I&C PO BOX 631481 Baltimore, MD 21263 | | Medical bills | | | | $ 36.70 |
| Account No. Creditor #: 12 Providian PO BOX 9177 Pleasanton, CA 94566 | | Credit card purchases | | | | $ 0.00 |

Sheet no. __1__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)      $ 6,593.49

Total $
(Use only on last page and on Summary of Schedules)

In re _Richard A. Patopie_ / Debtor          Case No. _____
                                                          (If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State.<br>H—Husband  W—Wife  J—Joint  C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.<br>Creditor #: 13<br>Southern Maryland Hospital<br>c/o Marlow Collections, Inc.<br>10 St. Patrick's Dr. suite 504<br>Waldorf, MD 20603 | | Medical bills | | | | $ 50.00 |
| Account No.<br>Creditor #: 14<br>Southern Maryland Hospital Ctr<br>Internal Collection Division<br>PO BOX 735<br>Clinton, MD 20735 | | Medical bills | | | | $ 112.67 |
| Account No.<br>Creditor #: 15<br>Texaco/Shell<br>Processing Center<br>Des Moines, IA 50659 | | Credit card purchases | | | | $ 395.09 |
| Account No.<br>Creditor #: 16<br>The Home Depot<br>PO BOX 105980 Dept. 51<br>Atlanta, GA 30353 | | Credit card purchases | | | | $ 1,934.68 |
| Account No.<br>Creditor #: 17<br>Washington Hospital Center<br>c/o Hospital Billing & Collect<br>PO BOX 631290<br>Baltimore, MD 21263 | | Medical bills | | | | $ 793.00 |
| Account No.<br>Creditor #: 18<br>Washington Hospital Center<br>Medstar<br>PO BOX 631290<br>Baltimore, MD 21263 | | Medical bills | | | | $ 67.37 |
| Account No. | | | | | | |

Sheet no. __2__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)     $ 3,352.81

Total $ (Use only on last page and on Summary of Schedules)     $ 30,272.01

FORM B6G (6/90) Specialty Software, Royal Oak, MI

In re **Richard A. Patopie** _____ / Debtor   Case No. _____
(If known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

Page _1_ of _1_

FORM B6H (6/90) Specialty Software, Royal Oak, MI

In re <u>Richard A. Patopie</u>                    / Debtor    Case No. _____
                                                                        (If known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

Page _1_ of _1_

In re _Richard A. Patopie_ _____/ Debtor     Case No. _____
(If known)

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled spouse must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: _Single_ | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| | | | |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | _unemployed_ | |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 0.00 | $ |
| Estimated Monthly Overtime | $ 0.00 | $ |
| SUBTOTAL | $ 0.00 | $ |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll Taxes and Social Security | $ 0.00 | $ |
| b. Insurance | $ 0.00 | $ |
| c. Union Dues | $ 0.00 | $ |
| d. Other (Specify): | $ 0.00 | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ |
| | | |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ |
| Income from Real Property | $ 0.00 | $ |
| Interest and dividends | $ 0.00 | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ |
| Social Security or other government assistance Specify: _Disability_ | $ 781.00 | $ |
| Pension or retirement income | $ 0.00 | $ |
| Other monthly income Specify: | $ 0.00 | $ |
| TOTAL MONTHLY INCOME | $ 781.00 | $ |

TOTAL COMBINED MONTHLY INCOME    $ _____781.00_____
(Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re **Richard A. Patopie** / Debtor      Case No. _____
(If known)

# SCHEDULE J–CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for moble home) | $ 100.00 |
| Are real estate taxes included?  Yes ☐  No ☒ | |
| Is property insurance included?  Yes ☐  No ☒ | |
| Utilities: Electricity and heating fuel | $ 200.00 |
|     Water and sewer | $ 300.00 |
|     Telephone | $ 0.00 |
|     Other | $ 0.00 |
| Home maintenance (repairs and upkeep) | $ 0.00 |
| Food | $ 300.00 |
| Clothing | $ 0.00 |
| Laundry and Dry cleaning | $ 0.00 |
| Medical and Dental expenses | $ 0.00 |
| Transportation (not including car payments) | $ 50.00 |
| Recreation, clubs, and entertainment, newspapers, magazines, etc. | $ 60.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|     Homeowner's or renter's | $ 0.00 |
|     Life | $ 0.00 |
|     Health | $ 0.00 |
|     Auto | $ 213.00 |
|     Other: | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage) | |
| Specify: | $ 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|     Auto | $ 375.00 |
|     Other: | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other: | $ 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 1,598.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A. Total projected monthly income | $ |
| B. Total projected monthly expenses | $ |
| C. Excess Income (A minus B) | $ |
| D. Total amount to be paid into plan each: | $ |

FORM B6 (6/90) Specialty Software, Royal Oak, MI

In re _Richard A. Patopie_ _____ / Debtor  Case No. _____
                                                                        (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing Summary and Schedules, consisting of ___16___ sheets, and that they are true and correct to the best of my knowledge, information and belief.  
(Total shown on summary page plus 1)

Date: 9 8 03                Signature _Richard A. Patopie_
      12 4 03

Date: _____        Signature _____

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §152 and §3571.